Official Form 3
(12/03)

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Adilene Hampton**

Debtor(s)

Case No. __04-12264__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **194.00** in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ **35.00** Check one  ■ With the filing of the petition, or
                          ☐ On or before _____

   $ **53.00** on or before **4/05/04**

   $ **53.00** on or before **4/19/04**

   $ **53.00** on or before **5/03/04**

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date **March 22, 2004**

Signature _Adilene Hampton_
Adilene Hampton
Debtor

Attorney for Debtor(s)
GLENDA J. GRAY 06185507
LAW OFFICES OF GLENDA J. GRAY
330 NORTH WABASH
SUITE 2618
CHICAGO, IL 60611
(312) 755-1010
Fax: (312) 755-1020

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 30 2004
KENNETH S. GARDNER, CLERK
PS REP. - AI

Official Form 3 continued
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Adilene Hampton**

Debtor(s)

Case No.

Chapter   **13**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

Date        MAR 2 9 2004

BY THE COURT

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

*UNITED STATES BANKRUPTCY JUDGE*